IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| THOMAS CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3039-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is reversed and remanded to the Commissioner for further development of the record.

Dated: May 8, 2006            PRIDGEN J. WATKINS
                              Clerk

                              /s/ des
                              _____
                              (By) Deputy Clerk